**DWIGHT M. SAMUEL (CA BAR# 054486)**
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
LINO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> LINO HERNANDEZ, et al., ) <br> ) <br> Defendants. ) <br> _____) | NO. CR-S-02-0213-MCE <br><br> ~~PROPOSED~~ <br> STIPULATION AND ORDER |

Defendants, through their respective counsel, and the United States of America, through Assistant U.S. Attorney Phillip Talbert, agree to the Judgement and Sentencing set for November 15, 2005 be continued to January 3, 2006 at 8:30 a.m.

///

///

///

///

///

In addition, it is agreed that the court should find excludable time from the date of the filing of the motion to the date of courts ruling pursuant to local rule T-2, T-4.

Respectfully submitted,

DATED: November 14, 2005  _____/S/_____
                                                      DWIGHT M. SAMUEL
                                                      Attorney for Defendant
                                                      Lino Hernandez

DATED: November 14, 2005  _____/S/_____
                                                      Victor Haltom
                                                      Defense Attorney for Co-Defendant
                                                      Elias Miguel Barrera-Medina
                                                      (Signed per Telephonic authorization)

DATED: November 14, 2005

                                                      _____/S/_____
                                                      Phillip Talbert Via Carolyn Delaney
                                                      Assistant United States Attorney
                                                      (Signed per Telephonic authorization)

IT IS SO ORDERED.

DATED: November 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE