1  **DWIGHT M. SAMUEL (CA BAR# 054486)**
2  A PROFESSIONAL CORPORATION
   117 J Street, Suite 202
3  Sacramento, California 95814
   916-447-1193
4
   Attorney for Defendant
5  LINO HERNANDEZ

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA,        )
                                      )   NO. 2:02-cr-0213-MCE
13 |        Plaintiff,                )
                                      )   ~~PROPOSED~~
14 |                                  )   STIPULATION AND ORDER
       v.                             )
15 |                                  )
                                      )
16 | LINO HERNANDEZ, et al.,          )
                                      )
17 |        Defendants.               )
18 | _____  )

19

20     Defendants, through their respective counsel, and the United States of America,

21  through Assistant U.S. Attorney Phillip Talbert, agree to the Judgement and Sentencing

22  set for February 7, 2006 be continued to February 13, 2006 at 9:00 a.m.

23
       In addition, it is agreed that the court should find excludable time from the date of
24
    the filing of the motion to the date of courts ruling pursuant to local rule T-2, T-4.
25
26  ///

27  ///

28  ///

Respectfully submitted,

DATED: February 3, 2006       _____/S/_____
DWIGHT M. SAMUEL
Attorney for Defendant
Lino Hernandez

DATED: February 3, 2006       _____/S/_____
Victor Haltom
Defense Attorney for Co-Defendant
Elias Miguel Barrera-Medina
 (Signed per Telephonic authorization)

DATED: February 3, 2006

_____/S/_____

Phillip Talbert Via Carolyn Delaney
Assistant United States Attorney
(Signed per Telephonic authorization)

IT IS SO ORDERED.

DATED: February 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE