IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-02-0213-MCE-CMK |
|  | CIV S-08-0789-MCE-CMK |
| Respondent, | |
| vs. | ORDER |
| LINO HERNANDEZ, | |
| Movant. | |
| _____/ | |

  Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

  On June 27, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. No objections to the findings and recommendations have been filed.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 27, 2008, are adopted in full;

2. Respondent's motion to dismiss (Doc. 349 in the criminal docket) is denied; and

3. Respondent shall file an answer to movant's § 2255 motion within 60 days of the date of this order.

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE