IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-02-0213-MCE-CMK |
| Respondent, | CIV S-08-0789-MCE-CMK |
| vs. | ORDER |
| LINO HERNANDEZ, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255 (Doc. 343). Pending before the court is movant's request for an extension of time to file a traverse (Doc. 366 in the criminal docket). Good cause appearing therefor, the request is granted. The traverse is due by January 5, 2009.

IT IS SO ORDERED.

DATED: December 1, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1