IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>  vs.<br><br>LINO HERNANDEZ,<br><br>    Movant.<br>_____/ | No. CR S-02-0213-MCE-CMK<br>CIV S-08-0789-MCE-CMK<br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255 (Doc. 343 in the criminal docket). Pending before the court are: (1) movant's motion for appointment of counsel (Doc. 368 in the criminal docket); and (2) movant's request for leave to proceed in forma pauperis (Doc. 369 in the criminal docket).

There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this

1 | time.

2 | As to movant's request for leave to proceed in forma pauperis, that request is
3 | denied as unnecessary.  Movant established his indigence in the criminal proceeding.
4 | Accordingly, IT IS HEREBY ORDERED that:
5 | 1. Movant's motion for appointment of counsel (Doc. 368 in the criminal
6 | docket) is denied; and
7 | 2. Movant's request for leave to proceed in forma pauperis (Doc. 369 in the
8 | criminal docket) is denied as unnecessary.

DATED: December 15, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE