IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-02-0213-MCE-CMK |
| Respondent, | |
| vs. | ORDER |
| LINO HERNANDEZ, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255 (Doc. 343 in the criminal docket). Pending before the court is movant's motion for a 90-day extension of time to file a traverse (Doc. 374 in the criminal docket). Because the motion was filed after the original due date for movant's traverse and after the court issued findings and recommendations on the merits of movant's § 2255 motion, the request for an extension of time to file a traverse will be denied. Movant is, however, granted an extension of time to file objections to the court's January 29, 2009, findings and recommendations.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

 1. Movant's motion for a 90-day extension of time to file a traverse (Doc. 374 in the criminal docket) is denied; and

 2. The parties may file objections to the court's January 29, 2009, findings and recommendations within 30 days of the date of this order.

DATED: February 23, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE