IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-02-0213-MCE-CMK |
| Respondent, | |
| vs. | ORDER |
| LINO HERNANDEZ, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, brought a motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255 (Doc. 343). The motion was denied on April 7, 2009 (see order at Doc. 379). Pending before the court is movant's motion for leave to amend his § 2255 motion (Doc. 381). Because the § 2255 motion has been denied, movant's instant motion for leave to amend is moot and is denied for that reason.

IT IS SO ORDERED.


DATED: April 14, 2009

  /s/ Craig M. Kellison
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

1