IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:02-cr-00213-MCE-CMK |
|     Respondent, | |
|   vs. | ORDER |
| LINO HERNANDEZ, | |
|     Movant. | |
| _____/ | |

      Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255 (Doc. 343).  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On January 29, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations were filed and a final order denying the § 2255 motion was entered on April 7, 2009.  Thereafter, movant filed a motion to vacate the final order based on excusable neglect.  That motion was granted and movant was provided an additional opportunity to file objections.  On October 23, 2009, movant filed a document entitled "Motion to Withdraw Further Proceedings on My § 2255

1

Motion." In this document, movant concedes that his claims lack merit.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 29, 2009, are adopted in full;

2. Movant's motion pursuant to 28 U.S.C. § 2255 (Doc. 343) is denied; and

3. The Clerk of the Court is directed to close companion civil case no. CIV S-08-0789-MCE-CMK.

Dated: November 18, 2009

_____

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2